**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**


**UNITED STATES OF AMERICA**


**VS.**                                        **CASE NO. 4:08CR00022 JMM**


**DAVID EDWARD WOODRUFF**


**ORDER**

For the reasons stated by the defendant and the government in open court on Thursday,

December 18, 2008, defendant's guilty plea is withdrawn and the January 9, 2008 indictment is

dismissed with prejudice.

IT IS SO ORDERED THIS  18  day of   December  , 2008.



_____
James M. Moody
United States District Judge